## Caskey *v.* Pennsylvania Railroad Company, Appellant.

OPINION BY HENDERSON, J., February 20, 1914:

This case involves the same question considered in the case of A. J. Harber v. Pennsylvania Railroad Company, ante, p. 59, and the same argument applies to it which was presented in the other case. For the reasons set forth in the opinion this day filed in the case of A. J. Harber the judgment in this case is affirmed.